Opinion issued August 29, 2002







 







In The

Court of Appeals

For The

First District of Texas






NO. 01-01-00402-CR






MARCUS RAMONE KNOTTS, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 209th District Court

Harris County, Texas

Trial Court Cause No. 857938






MEMORANDUM OPINION


 Appellant, Marcus Ramone Knotts, pleaded guilty, without an agreed
punishment recommendation from the State, to aggravated sexual assault of a child
under 14. After a pre-sentence investigation and punishment hearing, and after
finding the two enhancements for possession of marihuana true, the trial court 
sentenced appellant to 10 years in prison.

 Counsel has filed a brief stating his opinion that the appeal is frivolous. The
brief meets the minimum requirements of Anders v. California, 386 U.S. 738, 744,
87 S. Ct. 1396, 1400 (1967), by presenting a professional evaluation of the record and
stating why there are no arguable grounds of error on appeal. See Gainous v. State,
736 S.W.2d 137, 138 (Tex. Crim. App. 1969).

 Counsel certified that a copy of the brief was delivered to appellant, and he was
advised he had a right to file a pro se response. More than 30 days have passed, and
appellant has not filed a pro se response.

Conclusion

 We have reviewed the record and counsel's brief. We hold there are no
arguable grounds for appeal. We affirm the judgment.

 We also grant counsel's motion to withdraw. See Stephens v. State, 35 S.W.3d
770, 771 (Tex. App.--Houston [1st Dist.] 2000, no pet.). We note that counsel still
has a duty to inform appellant of the result of this appeal and also to inform appellant
that he may, on his own, pursue discretionary review in the Court of Criminal
Appeals. See Ex parte Wilson, 956 S.W.2d 25, 27 (Tex. Crim. App. 1997).

PER CURIAM


Panel consists of Justices Hedges, Taft, and Keyes.

Do not publish. Tex. R. App. P. 47.4.